Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:12-cr-00113 |
| | ) | JUDGE TRAUGER |
| v. | ) | |
| | ) | |
| DAKOTA CARVER | ) | |

## MOTION TO DISMISS INFORMATION AND ARREST WARRANT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, to formally move this Court to dismiss the information and arrest warrant under this case number without prejudice.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney
Middle District of Tennessee

  s/ B.H. Boucek
BRADEN H. BOUCEK
Assistant U. S. Attorney
110 9th Avenue, South
Suite A-961
Nashville, Tennessee 37203
(615) 736-5151
TN BPR No. 021399